# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141558

LYNDA CARTO,
Plaintiff/Counterdefendant-Appellee,

and

JANE STAEBEL, JULIE MCCARVER, PATRICIA SELENT, D. JEANETTE SULLIVAN, JULIA SNEAD, THOMAS UNDERWOOD, and THE JOHN G. UNDERWOOD TRUST,
Plaintiffs/Counterdefendants,

v

SC: 141558
COA: 288251
Oakland CC: 2004-056175-CB

UNDERWOOD PROPERTY MANAGEMENT COMPANY,
Defendant/Cross-Defendant-Appellee,

and

GLENN UNDERWOOD,
Defendant/Counterplaintiff/Cross-Defendant/Cross-Plaintiff-Appellee,

and

CHARLES UNDERWOOD,
Defendant/Counterplaintiff/Cross-Plaintiff/Cross-Defendant,

and

MARY LOU UNDERWOOD,
Appellant.
_____________________________________________/

On order of the Court, the application for leave to appeal the June 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.




I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

Clerk

y1115